IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LANGSTON, § | |
| § | |
| Plaintiff, § | Civil Action No. 2:16-cv-02896-TLN-EFB |
| § | |
| v. § | |
| § | |
| DIVERSIFIED ADJUSTMENT § | |
| SERVICE, INC., § | |
| § | |
| Defendant. § | |
| § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: August 15, 2017

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Mark Ellis
ELLIS LAW GROUP LLP
740 University Avenue
Sacramento CA 95825
Phone: (916) 283-8820
Email: mellis@ellislawgrp.com

Amanda Nicole Griffith
Ellis Law Group, LLP
740 University Avenue
Suite 100
Sacramento, CA 95825
Phone: 916-283-8820
Fax: 916-283-8821
Email: agriffith@ellislawgrp.com
Attorneys for Defendant


Dated: August 15, 2017                By: /s/ Amy L. Bennecoff Ginsburg
                                      Amy L. Bennecoff Ginsburg, Esq.
                                      Kimmel & Silverman, P.C.
                                      30 E. Butler Avenue
                                      Ambler, PA 19002
                                      Tel: 215-540-8888
                                      Fax: 215-540-8817
                                      aginsburg@creditlaw.com